January 12, 1914. For memorandum decision on reargument, see 145 N. Y. Supp. 1136.

---

In re O'CONNOR. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of Anna O'Connor, also known as Anna Rogers, by her general guardian, Kate Robinson, for the revocation of letters of administration granted to John Connor. No opinion. Decree affirmed on reargument (of 144 N. Y. Supp. 1133), with costs to the respondent payable out of the estate. See, also, 145 N. Y. Supp. 1136.

---

O'CONNOR, Appellant, v. WERNEKE, Respondent. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Beatrice O'Connor against Anthony H. Werneke. E. L. Brisach, of New York City, for appellant. W. G. Mulligan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re ODELL. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Lawrence Odell, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

OGNJENOVICH, Respondent, v. TROY LAUNDRY & MACHINERY CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Draga Ognjenovich against the Troy Laundry & Machinery Company, Limited.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. There is no evidence to sustain a judgment for the breach of contract set forth in the complaint, and the admission of evidence as to breach of another and different contract, not pleaded and accruing since the commencement of the action, was error.

---

O'NEILL, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Felix O'Neill against Rhinelander Waldo, as Police Commissioner, etc. L. Leale, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

1510 BROADWAY CORPORATION v. GEORGE RECTOR, Inc. (Supreme Court, Appellate Division. First Department. January 16, 1914.) Appeal from Special Term, New York County. Action by the 1510 Broadway Corporation against George Rector, Incorporated. From an order denying a motion for temporary injunction, plaintiff appeals. Order affirmed. John M. Stoddard, of New York City, for appellant. Louis Lowenstein, of New York City, for respondent.

PER CURIAM. The order appealed from is affirmed, with $10 costs and disbursements, without determining the question as to what, if any, injunction the plaintiff will be entitled to on the proofs as they are developed on the trial.

---

ONWARD CONST. CO. v. HARRIS. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Onward Construction Company against Frances M. Harris. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 318.

---

O'ROURKE, Respondent, v. CUNARD S. S. CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Catherine O'Rourke against the Cunard Steamship Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

---

ORPHEUM CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by the Orpheum Company against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

OSTERHOUDT v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Dory Osterhoudt against the Prudential Insurance Company of America. No opinion. Motion granted. See, also, 159 App. Div. 291, 144 N. Y. Supp. 193.

---

OSWALD v. UNDERPINNING & FOUNDATION CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Edward Oswald against the Underpinning & Foundation Company. No opinion. Motions denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 843.

---

PACE, Appellant, v. FORD MOTOR CO., Respondent. (Supreme Court, Appellate Division. Fourth Department. December 23, 1913.) Action by Antonio Pace, an infant, etc., against the Ford Motor Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

PAOLUCCI, Appellant, v. RINEHART & DENNIS CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Luigi Paolucci, as administrator, etc., against the Rinehart & Dennis Company. No opinion. Motion denied, on condition that the plaintiff perfect his appeal, place the case upon the March calendar,

and be ready for argument when reached; otherwise, motion granted, with costs.

PARKER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Spencer B. Parker against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 153 App. Div. 938, 138 N. Y. Supp. 1133.

LAMBERT and MERRELL, JJ., dissent.

PARKER v. RYAN. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Charles F. Parker against Thomas J. Ryan. No opinion. Application denied, with $10 costs. Order signed.

PARKES, Respondent, v. PARKES, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Carrie J. Parkes against Lemuel Parkes. No opinion. Order affirmed, with $10 costs and disbursements.

PASCUCCI, Appellant, v. W. H. HIBBARD MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by Erriso Pascucci against the W. H. Hibbard Manufacturing Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements, but with leave to the plaintiff to amend upon payment of costs within 20 days.

PAYNE, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by James W. Payne against the Binghamton Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 App. Div. 1, 140 N. Y. Supp. 877.

PELLOCK, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Frances S. Pellock, as administratrix, etc., of John Pellock, deceased, against the Schenectady Railway Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event; the court holding that there is a question of fact for the jury.

WOODWARD, J., dissents.

PENDER, Appellant, v. CITY OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Charles B. Pender against the City of Binghamton. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. ADRAGONA et al. (two cases). (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceedings by the People of the State of New York against Guiseppe Adragona and another. No opinions. Motions to dismiss appeal granted, unless appellant comply with terms stated in orders. Orders filed.

PEOPLE, Respondent, v. BERKOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Proceeding by the People of the State of New York against Louis Berkowitz. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE v. BORCHARD. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Gustav Borchard. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. BRODIE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Jacob Brodie. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DAVIS. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Jacob Davis, alias, etc. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. EKEROLD, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Proceeding by the People of the State of New York, on complaint of Carmine E. Pugliese, against Hagbard Ekerold. H. Weinberger, of New York City, for appellant. C. McIntyre, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

PEOPLE v. 14TH ST. STORE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against the 14th Street Store, a corporation. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GRAY et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Sylvester Gray and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Divi-